IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL PACHECO,<br><br>    Plaintiff,<br><br>  vs.<br><br>KINGS COUNTY, R. DAVIS, KINGS COUNTY SHERIFF DEPUTY; CHRIS JORDAN, KINGS COUNTY SHERIFF, and DOES 1-20,<br><br>    Defendants.<br>_____ / | CASE NO. CV F 09-0052 LJO GSA<br><br>**ORDER ON DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT** (Doc. 8) |

**INTRODUCTION**

Defendants Kings County and Kings County Sheriff Chris Jordan (collectively "County defendants") move to dismiss plaintiff Raul Pacheco's ("Mr. Pacheco's") complaint, pursuant to Fed. R. Civ. P. 12(b)(6). In the alternative, County defendants moved for a more definite statement, pursuant to Fed. R. Civ. P. 12(e). After opposing the motion, and after County defendants filed their reply, Mr. Pacheco filed an amended complaint, pursuant to Fed. R. Civ. P. 15(a)(1).

An amended complaint supercedes a previous complaint rendering moot a motion to dismiss the original complaint. *See e.g., Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1991); *Bullen v. De Bretteville*, 239 F.2d 824, 833 (9th Cir. 1956) ("[A]n amended pleading supercedes the original, the latter being treated thereafter as non-existent."). Accordingly, this Court DISMISSES County defendants' motion to dismiss and VACATES the June 15, 2009 hearing on the motion.

IT IS SO ORDERED.

**Dated:**    **June 4, 2009**                **/s/ Lawrence J. O'Neill**
                                                                     UNITED STATES DISTRICT JUDGE