James D. Weakley, Esq.     Bar No. 082853
Leslie M. Dillahunty, Esq.  Bar No. 195262

WEAKLEY, ARENDT & McGUIRE
1630 East Shaw Avenue, Suite 176
Fresno, California  93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, COUNTY OF KINGS, R. DAVIS, SHERIFF CHRIS JORDAN, and KINGS COUNTY SHERIFF'S DEPARTMENT

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL PACHECO,<br><br>　　　　Plaintiff<br><br>　　vs.<br><br>COUNTY OF KINGS, R. DAVIS, KINGS COUNTY SHERIFF'S DEPUTY; CHRIS JORDAN, KINGS COUNTY SHERIFF, IN HIS INDIVIDUAL CAPACITY and DOES 1- 20, et al.<br><br>　　　　Defendants. | CASE NO.  1:09-CV-00052-LJO-GSA<br><br>**STIPULATION AND ORDER MODIFYING SCHEDULING CONFERENCE ORDER**<br><br>**Trial Date:  August 9, 2010**<br>**The Honorable Magistrate Judge, Gary S. Austin** |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Scheduling Conference Order be modified as set forth below.  Counsel has not been able to take depositions and the disclosure of expert witnesses is premature.

| **Description** | **Old Date** | **New Date** |
|---|---|---|
| Expert Disclosure: | 11/16/1009 | 01/29/2010 |
| Supplemental Expert Disclosure: | 12/04/2009 | 02/19/2010 |
| Expert Discovery Cutoff: | 02/26/2010 | 03/12/2010 |

/////

/////

/////

**Stipulation and Order Modifying**
**Scheduling Conference Order**

All other dates are to remain in effect, to wit: they are:

| **Description** | **Remaining Date** |
|---|---|
| Nonexpert Discovery Cutoff: | 02/19/2010 |
| Pretrial Motion Filing Deadline: | 03/17/2010 |
| Pretrial Motion Hearing Deadline: | 04/23/2010 |
| Settlement Conf.: | 02/18/2010<br>Time: **10:30 a.m.**<br>**Dept.: 10 (GSA)** |
| Pretrial Conf.: | Date: 06/07/2010<br>**Time: 8:30 a.m.**<br>Dept.: 4 (LJO) |
| Jury Trial (5-7 days est.) | Date: 08/09/2010<br>Time: 8:30 a.m.<br>Dept.: 4 (LJO) |

Dated: November 12, 2009          WEAKLEY, ARENDT & McGUIRE, LLP


                                   By:   /s/ James D. Weakley
                                         James D. Weakley
                                         Attorneys for Defendants


Dated: November 12, 2009            /s/ James C. Holland
                                    James C. Holland
                                    Attorney for Plaintiff

**ORDER**

The instant stipulation is approved with the modifications noted in bold above.

**IT IS SO ORDERED**.

**DATED**: November 12, 2009.

                       By:   /s/ Gary S. Austin
                             **The Honorable Magistrate Judge, Gary S. Austin**