| | | |
|---|---|---|
| James D. Weakley, Esq. | Bar No. 082853 | |
| Leslie M. Dillahunty, Esq. | Bar No. 195262 | |
| Valerie J. Velasco, Esq. | Bar No. 267141 | |

WEAKLEY, ARENDT & McGUIRE
1630 East Shaw Avenue, Suite 176
Fresno, California 93710
Telephone: (559) 221-5256
Facsimile: (559) 221-5262

Attorneys for Defendants, COUNTY OF KINGS, R. DAVIS, SHERIFF CHRIS JORDAN, and KINGS COUNTY SHERIFF'S DEPARTMENT

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL PACHECO, | CASE NO. 1:09-CV-00052-LJO-GSA |
| Plaintiff | |
| vs. | **STIPULATION AND ORDER MODIFYING SCHEDULING CONFERENCE ORDER** |
| COUNTY OF KINGS, R. DAVIS, KINGS COUNTY SHERIFF'S DEPUTY; CHRIS JORDAN, KINGS COUNTY SHERIFF, IN HIS INDIVIDUAL CAPACITY and DOES 1- 20, et al. | **Trial Date: August 9, 2010** **The Honorable Magistrate Judge, Gary S. Austin** |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Scheduling Conference Order be modified as set forth below. The parties require additional time to complete discovery. In addition, counsel James D. Weakley will be unable to attend the settlement conference because of an out of state commitment.

| **Description** | **Old Date** | **New Date** |
|---|---|---|
| Supplemental Expert Disclosure: | 02/19/2010 | 04/02/2010 |
| Non-Expert Discovery Cutoff: | 02/19/2010 | 04/02/2010 |
| Expert Discovery Cutoff: | 03/12/2010 | 04/30/2010 |
| Pretrial Motion Filing Deadline: | 03/17/2010 | 05/07/2010 |

---
**Stipulation and Order Modifying**
**Scheduling Conference Order**

| | | |
|---|---|---|
| Pretrial Motion Hearing Deadline: | 04/23/2010 | 06/04/2010 |
| Settlement Conference: | 02/18/2010<br>Time: 10:30 a.m.<br>Dept.: 10 (GSA) | 04/01/2010<br>Time: 10:30 a.m.<br>Dept.: 10 (GSA) |
| Pretrial Conf.: | Date: 06/07/2010<br>Time: 8:30 a.m.<br>Dept.: 4 (LJO) | Date: 07/12/1010<br>Time: 8:30 a.m.<br>Dept. 4 (LJO) |
| Jury Trial (5-7 days est.) | Date: 08/09/2010<br>Time: 8:30 a.m.<br>Dept.: 4 (LJO) | Date: 09/13/2010<br>Time: 8:30 a.m.<br>Dept 4 (LJO) |

Dated: February 5, 2010　　　　　　　　WEAKLEY, ARENDT & McGUIRE, LLP

By:　/s/ Valerie J. Velasco
　　　James D. Weakley, Esq.
　　　Valerie J. Velasco, Esq.
　　　Attorneys for Defendants

Dated: February 5, 2010　　　　　　　　/s/ James C. Holland
　　　　　　　　　　　　　　　　　　　James C. Holland, Esq.
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

## **ORDER**

The Court hereby approves the proposed modifications to the scheduling order hereinabove with the exception of the Settlement Conference date. The Settlement Conference shall be heard on 4/8/2010 at 10:30 a.m. in Courtroom 10 before Magistrate Judge Gary S. Austin.

IT IS SO ORDERED.

Dated:　**February 8, 2010**　　　　　　/s/ **Gary S. Austin**
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

**Stipulation and Order Modifying
Scheduling Conference Order**　　　　2