```
 1  JAMES C. HOLLAND; SBN 134233
    Attorney at Law
 2  134 North Conyer St.
    Visalia, CA 93291
 3  (559) 741-1112
    FAX: (559) 741-1113
 4
    Attorney for plaintiff RAUL PACHECO
 5
 6                UNITED STATES DISTRICT COURT FOR THE
 7                   EASTERN DISTRICT OF CALIFORNIA
 8
 9  RAUL PACHECO;                    ) No.: 1:09-cv-00052-LJO-GSA
                                     )
10       Plaintiff,                  ) ORDER SHORTENING TIME
                                     ) FOR HEARING OF MOTION TO
11  vs.                              ) WITHDRAW AS COUNSEL OF RECORD
                                     ) FOR PLAINTIFF; CONTINUING
12  KINGS COUNTY; R. DAVIS,          ) SETTLEMENT CONFERENCE AND
    KINGS COUNTY SHERIFF'S DEPUTY;)    SETTING STATUS CONFERENCE
13  CHRIS JORDAN, KINGS COUNTY       )
    SHERIFF, in his individual       )
14  capacity; DOES 1-20;             )
                                     )
15  _____Defendants._____)
```

16 TO ALL INTERESTED PARTIES, PLEASE TAKE NOTICE that pursuant
17 to Stipulation and Application of the Parties, the hearing of
18 James C. Holland's Motion to Withdraw As Counsel of Record for
19 Plaintiff is hereby set for **Friday, April 9, 2010 at 9:30 am in**
20 **courtroom 10 before Magistrate Judge Gary S. Austin.**
21 At the Motion to Withdraw hearing, the Court will set a
22 status conference to address the pending dates/deadlines in this
23 case.
24 Plaintiff's counsel is **ORDERED** to serve a copy of the Motion
25 to Withdraw on plaintiff and provide the court with proof of
26 service within 5 days of this order.
27 Dated: March 16, 2010              /s/ Gary S. Austin
                                      UNITED STATES MAGISTRATE JUDGE
28 ///

1