```
JAMES C. HOLLAND; SBN 134233
Attorney at Law
134 North Conyer St.
Visalia, CA 93291
(559) 741-1112
FAX: (559) 741-1113

Attorney for plaintiff RAUL PACHECO
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL PACHECO;<br><br>    Plaintiff,<br><br>vs.<br><br>KINGS COUNTY; R. DAVIS,<br>KINGS COUNTY SHERIFF'S DEPUTY;<br>CHRIS JORDAN, KINGS COUNTY<br>SHERIFF, in his individual<br>capacity; DOES 1-20;<br><br>    Defendants. | No.: 1:09-cv-00052-LJO-GSA<br><br>ORDER SHORTENING TIME<br>FOR HEARING OF MOTION TO<br>WITHDRAW AS COUNSEL OF RECORD<br>FOR PLAINTIFF; CONTINUING<br>SETTLEMENT CONFERENCE AND<br>SETTING STATUS CONFERENCE |

TO ALL INTERESTED PARTIES, PLEASE TAKE NOTICE that pursuant to Stipulation and Application of the Parties, the hearing of James C. Holland's Motion to Withdraw As Counsel of Record for Plaintiff is hereby set for **Friday, April 9, 2010 at 9:30 am in courtroom 10 before Magistrate Judge Gary S. Austin.**

At the Motion to Withdraw hearing, the Court will set a status conference to address the pending dates/deadlines in this case.

Plaintiff's counsel is **ORDERED** to serve a copy of the Motion to Withdraw on plaintiff and provide the court with proof of service within 5 days of this order.

Dated: March 16, 2010              /s/ Gary S. Austin
                                   UNITED STATES MAGISTRATE JUDGE
///

1