**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAUL PACHECO, | CASE NO. CV F 09-0052 LJO GSA |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE** |
| vs. | |
| KINGS COUNTY, R. DAVIS, KINGS COUNTY SHERIFF DEPUTY; CHRIS JORDAN, KINGS COUNTY SHERIFF, and DOES 1-20, | |
| Defendants. | |

_____/

Based on the parties' stipulation for dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii) (Doc. 47), this Court:

      1.    DISMISSES this entire action;

      2.    VACATES and TERMINATES all pending motions, including the June 4, 2010 motion to compel hearing and the June 15, 2010 summary judgment motion;

      3.    VACATES all pending matters, including the July 12, 2010 pretrial conference and the September 13, 2010 trial; and

      3.    DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:**    __June 2, 2010__          __/s/ Lawrence J. O'Neill__
                                    UNITED STATES DISTRICT JUDGE